Michael F. Donner (SBN 155944)
Isabelle Hurtubise (SBN 224382)
STEIN & LUBIN LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:     (415) 981-0550
Facsimile:       (415) 981-4343
mdonner@steinlubin.com
ihurtubise@steinlubin.com

Attorneys for Plaintiff
McAFEE, INC., a Delaware corporation f/k/a
Network Associates, Inc., d/b/a Network Associates, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| McAFEE, INC., a Delaware corporation f/k/a Network Associates, Inc., d/b/a Network Associates, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>TERRY W. DAVIS and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  C 07-03529 RS<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |

The undersigned party hereby declines to consent to the assignment of this case to a United States magistrate judge for trial and disposition and hereby requests the reassignment of this case to a United States district judge.

Dated: July 9, 2007                               STEIN & LUBIN LLP


                                                              By:  /s/ Isabelle Hurtubise
                                                                       Isabelle Hurtubise
                                                                       Attorneys for Plaintiff
                                                                       McAFEE, INC., a Delaware corporation f/k/a
                                                                       Network Associates, Inc., d/b/a Network
                                                                       Associates, Inc.