1  Michael F. Donner (SBN 155944)
   Isabelle Hurtubise (SBN 224382)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, CA  94111
4  Telephone:    (415) 981-0550
   Facsimile:    (415) 981-4343
5  mdonner@steinlubin.com
   ihurtubise@steinlubin.com
6
   Attorneys for Plaintiff
7  McAFEE, INC., a Delaware corporation f/k/a
   Network Associates, Inc., d/b/a Network Associates,
8  Inc.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN JOSE DIVISION
12

13
   McAFEE, INC., a Delaware corporation          Case No.  C 07-03529 JW
14 f/k/a Network Associates, Inc., d/b/a
   Network Associates, Inc.,
15
                  Plaintiff,                      **CERTIFICATION OF INTERESTED
16                                                ENTITIES [F.R.C.P. 7.1 and L.R. 3-16]**
   v.
17
   TERRY W. DAVIS and DOES 1 through
18 10, inclusive,

19                Defendant.

20
21         Plaintiff McAfee, Inc. discloses the following information for the limited purpose
22 of complying with Rule 7.1 of the Federal Rules of Civil Procedure and Civil Local Rule 3-16 of
23 the Northern District of California.  Plaintiff McAfee, Inc. states that it is a publicly held
24 company whose shares are traded on the New York Stock Exchange.  Furthermore, Plaintiff
25 McAfee, Inc. certifies that, as of this date, it knows of no party, other than the named parties, that
26 //
27 //
28 //

1  possess an interest pursuant to L.R. 3-16(b).

2  Dated: July 13, 2007                    STEIN & LUBIN LLP

3

4                                   By: /s/ Isabelle Hurtubise
                                         Isabelle Hurtubise
5                                        Attorneys for Plaintiff
                                         McAFEE, INC., a Delaware corporation f/k/a
6                                        Network Associates, Inc., d/b/a Network
                                         Associates, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

554106/351923v1                              2                        Case No. C 07-03529 JW

CERTIFICATION OF INTERESTED ENTITIES