Thomas J. Nolan (SBN: 48413)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel. (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant,
Terry Davis

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MCAFEE, INC., a Deleware coporation formerly known as Network Associates, Inc., d/b/a Network Associates, Inc.<br><br>        Plaintiff,<br><br>    v.<br><br>TERRY DAVIS,<br><br>        Defendant. | Case No. C07-03529(RS)<br><br>**CONSENT OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG** |

     Terry Davis, defendant, by and through his counsel Thomas J. Nolan hereby consents to the assignment for all purposes of the above entitled matter to United States Magistrate Judge Richard Seeborg.

                                                            Nolan, Armstrong & Barton, LLP

Dated: _____, 2007            _____
                                                            Thomas J. Nolan, Esq.
                                                            Attorney for Defendant, Terry Davis

**CONSENT OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE RICHARD SEEBORG**
**Case No.: C07-03529(RS)**