## PROOF OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT | )    McAFEE, INC, a Delaware corporation, formerly known as Network Associates, Inc., d/b/a Network Associates, Inc. v. Terry Davis |
| NORTHERN DISTRICT OF CALIFORNIA | )    Case No. C07 03529 RMW, RS |
| SAN JOSE DIVISION | ) |

I am employed in the County of Santa Clara, State of California. I am over the age of 18 years and not a party to the above-entitled action. My business address is: 600 University Avenue, Palo Alto, California, 94301.

On July 30, 2007, I served the following documents upon the interested parties in this action by the method(s) indicated below:

**DEFENDANTS ANSWER AND COUNTER CLAIM FOR BREACH OF CONTRACT**

__XX__  **By First Class Mail:**     by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the U.S. Post Office Box addressed as follows:

_____  **By Personal Delivery:**     by causing a true copy thereof to be hand-carried to the recipient at the address indicated:

Michael F. Donner
Isabelle Hurtuise
Stein & Lubin LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco CA 94111

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on July 30, 2007, at Palo Alto, California.

_____
Carla Talavera