1  Michael F. Donner (SBN 155944)
   Isabelle Hurtubise (SBN 224382)
2  The Transamerica Pyramid
   STEIN & LUBIN LLP
3  600 Montgomery Street, 14th Floor
   San Francisco, CA 94111
4  Telephone:  (415) 981-0550
   Facsimile:   (415) 981-4343
5  mdonner@steinlubin.com
   ihurtubise@steinlubin.com
6
   Attorneys for Plaintiff
7  McAFEE, INC., a Delaware corporation f/k/a
   Network Associates, Inc., d/b/a Network Associates,
8  Inc.

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                           SAN JOSE DIVISION

12

13 | McAFEE, INC., a Delaware corporation f/k/a Network Associates, Inc., d/b/a Network Associates, Inc., | Case No. C 07-03529 JW |
   | --- | --- |
   | | **NOTICE OF PLAINTIFF McAFEE, INC.'S MOTION TO DISMISS COUNTER CLAIM** |
   | Plaintiff, | |
   | | **[F.R.C.P. 12(B)(6)]** |
   | v. | **Hearing:** |
   | TERRY W. DAVIS, an individual; and DOES 1 through 10, inclusive, | Date: September 24, 2007<br>Time: 9:00 a.m. |
   | Defendants. | Judge: Honorable James Ware |

20 **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

21     **PLEASE TAKE NOTICE** that on September 24, 2007 at 9:00 a.m. or as soon as

22 this matter may be heard in Courtroom 8 of the above-entitled Court, located at 280 South First

23 Street, San Jose, California 95113, Plaintiff McAfee, Inc. ("McAfee") will move for an Order

24 under Rule 12(b)(6) of the Federal Rules of Civil Procedure to Dismiss the Counter Claim for

25 Breach of Contract of Defendant Terry W. Davis ("Davis"). The Motion is brought on the

26 grounds that Davis' purported Counter Claim is time-barred under California Code of Civil

27 Procedure Section 337's four-year statute of limitation.

28     The Motion will be based on this Notice, the Memorandum of Points and

1  Authorities submitted herewith, all papers and pleadings on file in this action, the oral argument
2  of counsel and such other evidence as may be presented at or before the hearing of the Motion.

3  Dated: August 14, 2007                    STEIN & LUBIN LLP

5                                    By:  /s/Isabelle Hurtubise
6                                         Isabelle Hurtubise
                                          Attorneys for Plaintiff
7                                         McAFEE, INC., a Delaware corporation f/k/a
                                          Network Associates, Inc., d/b/a Network
8                                         Associates, Inc.