UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| McAFEE, INC., a Delaware corporation f/k/a Network Associates, Inc., d/b/a Network Associates, Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>TERRY W. DAVIS, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. C 07-03529 JW<br><br>**ORDER GRANTING PLAINTIFF McAFEE, INC.'S MOTION TO DISMISS COUNTER CLAIM OF DEFENDANT TERRY W. DAVIS**<br><br>**[PROPOSED]**<br><br>**F.R.C.P. 12(B)(6)]**<br><br>**Hearing:**<br><br>Date:    September 24, 2007<br>Time:   9:00 a.m.<br>Judge:  Honorable James Ware |

On September 24, 2007, Plaintiff McAfee, Inc.'s ("McAfee") Motion to Dismiss Defendant Terry W. Davis' ("Davis") Counter Claim for Breach of Contract pursuant to Rule 12(b)(6) of the Federal Rule of Civil Procedure, came on regularly for hearing in Courtroom 8 of the above-named Court, the Honorable James Ware, presiding. All appearances were stated on the record.

The Court, having considered the pleadings and oral arguments by counsel, and for good cause appearing therefor:

**IT IS HEREBY ORDERED** that**:**

1.    McAfee's Motion is granted in its entirety; and

2.    Davis' Counter Claim for Breach of Contract is hereby dismissed with prejudice on the grounds that it is time-barred under California Code of Civil Procedure Section 337.

Dated: _____

_____
JUDGE OF THE U.S. DISTRICT COURT

PREPARED BY:
STEIN & LUBIN LLP

By: _____
    Isabelle Hurtubise
    Attorneys for Plaintiff
    McAFEE, INC., a Delaware corporation
    f/k/a Network Associates, Inc., d/b/a
    Network Associates, Inc