**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCAFEE, INC.,<br><br>         Plaintiff(s),<br><br>    v.<br><br>TERRY W. DAVIS,<br><br>         Defendant(s).<br>_____/ | No. C 07-03529 JW<br><br>CLERK'S NOTICE |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Motion to Dismiss before Judge James Ware previously noticed for September 24, 2007 at 9:00 AM, has been reset to **November 5, 2007, at 9:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The case management conference set for October 22, 2007 at 10:00 AM is VACATED. The Court shall set a future case management conference in its Order on the Motion, if necessary.

Dated: August 16, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____/s/_____
Elizabeth Garcia
Courtroom Deputy