UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

### CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 11/05/20007 | **Court Reporter:** Irene Rodriguez |
| **Case No:** C-07-3529 JW | **Interpreter:** N/A |

### TITLE

**McAfee Inc v. Davis**

**Attorney(s) for Plaintiff(s)**: Jonathan Sommer
**Attorney(s) for Defendant(s)**: Diane de Seve

### PROCEEDINGS

1. Plaintiff's Motion to Dismiss Defendant's Counterclaims
2. Case Management Conference

### ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral argument. The Court scheduled Case Management Conference following motion hearing off the record. The Court to issue further order on motion and following Case Management Conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: