**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| McAfee, Inc.,<br><br>    Plaintiff,<br><br>  v.<br><br>Terry W. Davis,<br><br>    Defendant._____/ | No. C 07-03529 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

The Court conducted a Case Management Conference on November 5, 2007. Counsel for the respective parties were present. The parties expressed an interest in an early settlement conference. Accordingly, the Court refers the parties to Magistrate Judge Seeborg for a settlement conference. The parties shall contact Judge Seeborg's Chambers within ten (10) days from the date of this Order to schedule a conference.

Dated:  November 8, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Isabelle Hurtubise ihurtubise@steinlubin.com
Michael F. Donner mdonner@steinlubin.com
Philip C. Bourdette pcbb@bourdettelaw.com
Thomas Joseph Nolan ealdi@nablaw.com

**Dated:** November 8, 2007         **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
    **Elizabeth Garcia**
    **Courtroom Deputy**

2