UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 4 hrs

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: NOT REPORTED     DATE: 1/7/08
COURTROOM DEPUTY: MARTHA PARKER BROWN
CASE #: C 07-03529JW(RS)

CASE TITLE: MCAFEE, INC.    VS.    TERRY DAVIS

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

MICHAEL F. DONNER                        PHILIP C. BURDETTE

                                         THOMAS J. NOLAN

**TODAY'S PROCEEDINGS**

{X} SETTLEMENT CONF.   { } PRETRIAL CONF.   { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }     1.
{ }     { }     { }     2.
{ }     { }     { }     3.
{ }     { }     { }     4.

DISPOSITION of TODAY'S PROCEEDINGS

[ ] SETTLED    [ ] NOT SETTLED    [X] SETTLEMENT DISCUSSIONS ONGOING

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED    [ ] DENIED    [ ] SUBMITTED    [ ] DENIED/GRANTED in part

[ ] BRIEFS TO BE FILED AS FOLLOWS:

{ } Cont'd to          @          For

**ORDER TO BE PREPARED BY:**    [ ] PLTF;   [ ] DEFT;   [ ] COURT
Additional Comments: