**United States District Court**
For the Northern District of California

1

2

3    **\*E-FILED 1/9/08\***

4

5

6

7    UNITED STATES DISTRICT COURT

8    NORTHERN DISTRICT OF CALIFORNIA

9

10   McAFEE, INC.,                                    No.  C 07-03529 (RS)

11                                                    **ORDER SETTING FURTHER**
              Plaintiff,                              **SETTLEMENT CONFERENCE**

12   v.

13   TERRY W. DAVIS,

14            Defendant.

15   _____/

16   TO ALL PARTIES AND COUNSEL OF RECORD:

17        You are hereby notified that a further settlement conference is scheduled for **February 25,**

18   **2008**, **at 10:00 a.m**, Courtroom 4, 5th Floor, 280 South First Street, San Jose, California.  In

19   preparation for the conference, the procedures set forth below are to be followed:

20        **Lead trial counsel** shall appear at the Settlement Conference with the parties and with the

21   person or persons having **full authority** to negotiate and to settle the case.  In all cases in which a

22   party is insured, the carrier's claims representative and attorney, if any, with **full authority** to

23   negotiate up to the limits of coverage shall also appear in person at the Settlement Conference.

24        The parties shall notify Magistrate Judge Seeborg's Chambers **immediately** at

25   408/535-5357 if this case settles prior to the date set for further settlement conference.

26        IT IS SO ORDERED.

27   Dated:  1/9/08

28                                              _____
                                                RICHARD SEEBORG
                                                United States Magistrate Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

2

3  Philip C. Bourdette      pcbb@bourdettelaw.com

4  Michael F. Donner      mdonner@steinlubin.com, enadolny@steinlubin.com

5  Isabelle Hurtubise      ihurtubise@steinlubin.com, enadolny@steinlubin.com

6  Thomas Joseph Nolan , Jr      tnolan@nablaw.com

7

8  Counsel are responsible for distributing copies of this document to co-counsel who have not
   registered for e-filing under the court's CM/ECF program.

9

10  Dated:  1/9/08

11

12                          CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

13
                            By:      /s/ *BAK*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2