*E-FILED*
February 6, 2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McAFEE, INC., | No. C 07-03529 JW (RS) |
| v. | **ORDER RESCHEDULING FURTHER SETTLEMENT CONFERENCE** |
| TERRY W. DAVIS, | |
| Defendant.. / | |

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED that the further settlement conference scheduled for **February 25, 2008** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **March 17, 2008 at 10:00 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case.

The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for further settlement conference.

Dated:   February 6, 2008

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Philip C. Bourdette    pcbb@bourdettelaw.com

Michael F. Donner    mdonner@steinlubin.com, enadolny@steinlubin.com

Isabelle Hurtubise    ihurtubise@steinlubin.com, enadolny@steinlubin.com

Thomas Joseph Nolan , Jr    ealdi@nablaw.com, tnolan@nablaw.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 6, 2008

                    CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                    By:    /s/ *BAK*