IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| McAfee, Inc., | NO. C 07-03529 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **RE: SETTLEMENT** |
| Terry Davis, | |
| Defendants. | |

On March 17, 2008, Judge Seeborg informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before **May 19, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 2, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **May 19, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated. Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

1   In light of this Order, the Court deems Plaintiff's Motion to Dismiss Counter-claim as
2 withdrawn. This Order terminates Docket Item No. 10.

4 Dated: March 17, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Isabelle Hurtubise ihurtubise@steinlubin.com
Michael F. Donner mdonner@steinlubin.com
Philip C. Bourdette pcbb@bourdettelaw.com
Thomas Joseph Nolan tnolan@nablaw.com

**Dated: March 17, 2008**　　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By:      /s/ JW Chambers           **
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**