UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Civil Minute Order

Time in Court: 2.5hr

### MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR:__FTR_____    DATE:___3/17/08_____

COURTROOM DEPUTY: MARTHA PARKER BROWN____

CASE #:____C 07-03529JW(RS)_____

CASE TITLE:___MCAFEE, INC._____ VS. _____TERRY DAVIS_____

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

_MICHAEL F. DONNER_____          ___THOMAS J. NOLAN_____

### TODAY'S PROCEEDINGS

{X }FURTHER SETTLEMENT CONF.   { } PRETRIAL CONF.      { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|-------|-------|------------|--|
| { } | { } | { } | 1._____ |
| { } | { } | { } | 2._____ |
| { } | { } | { } | 3._____ |
| { } | { } | { } | 4._____ |

### DISPOSITION of TODAY'S PROCEEDINGS

**[ ] SETTLED      [ ] NOT SETTLED  [ ] SETTLEMENT DISCUSSIONS ONGOING**

### MOTION DISPOSITION SHOWN BELOW:

[ ] GRANTED        [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part

_____     _____     _____     _____

[ ] BRIEFS TO BE FILED AS FOLLOWS:

_{ } Cont'd to_____@_____For_____

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT

Additional Comments:__CONFIDENTIAL SETTLEMENT IS PLACED ON THE RECORD._____