UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| McAFEE, INC., a Delaware corporation f/k/a Network Associates, Inc., d/b/a Network Associates, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>TERRY W. DAVIS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-03529 JW<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

**IT IS HEREBY STIPULATED** by and between Plaintiff McAfee, Inc. and Defendant Terry W. Davis as follows:

That a judgment in the above-captioned action shall be entered against Defendant Terry W. Davis and in favor of Plaintiff McAfee, Inc. in the amount of $328,000 pursuant to the confidential agreement of the parties.

///

///

///

IT IS SO STIPULATED AND AGREED.

Dated: May ____, 2008

_____
By: Terry W. Davis, an individual

Dated: May _12_, 2008        MCAFEE, INC., a Delaware corporation

By: *Stephen R Thompkins*
Its: *Vice President and Deputy General Counsel*

APPROVED AS TO FORM:

Dated: May ____, 2008        NOLAN, ARMSTRONG & BARTON LLP

By:_____
Thomas J. Nolan
Attorneys for Defendant Terry W. Davis

Dated: May ____, 2008        BOURDETTE & PARTNERS

By:_____
Philip C. Bourdette
Attorneys for Defendant Terry W. Davis

Dated: May ____, 2008        STEIN & LUBIN LLP

By:_____
Michael F. Donner
Attorneys for Plaintiff McAfee, Inc.

|     |                                    |
| --- | ---------------------------------- |
| 1   | IT IS SO STIPULATED AND AGREED.   |
| 2   | Dated: May 8, 2008                 |
| 3   | _____   |
| 4   | By: Terry W. Davis, an individual |
| 5   | Dated: May ___, 2008   MCAFEE, INC., a Delaware corporation |
| 6   |                                    |
| 7   | By: _____<br>Its: _____ |
| 8   |                                    |
| 9   |                                    |
| 10  | APPROVED AS TO FORM:              |
| 11  | Dated: May 12, 2008   NOLAN, ARMSTRONG & BARTON LLP |
| 12  |                                    |
| 13  | By: _____<br>Thomas J. Nolan<br>Attorneys for Defendant Terry W. Davis |
| 14  | Dated: May 7, 2008   BOURDETTE & PARTNERS |
| 15  |                                    |
| 16  | By: _____<br>Philip C. Bourdette<br>Attorneys for Defendant Terry W. Davis |
| 17  |                                    |
| 18  | Dated: May 12, 2008   STEIN & LUBIN LLP |
| 19  |                                    |
| 20  | By: _____<br>Michael F. Donner<br>Attorneys for Plaintiff McAfee, Inc. |

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 13, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**STIPULATION FOR ENTRY OF JUDGMENT**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Thomas J. Nolan | Phillip C. Bourdette |
| Nolan, Armstrong & Barton LLP | 2924 West Main Street |
| 600 University Avenue | Visalia, CA 93291 |
| Palo Alto, CA 94301 | |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 13, 2008, at San Francisco, California.

_____
Eyleen Nadolny