1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

| | |
|---|---|
| 12  McAFEE, INC., a Delaware corporation f/k/a Network Associates, Inc., d/b/a | Case No. C 07-03529 JW |
| 13  Network Associates, Inc., | **STIPULATION FOR ENTRY OF** |
| 14              Plaintiff, | **DISMISSAL AND CONTINUATION OF COURT JURISDICTION; ORDER THEREON** |
| 15  v. | |
| 16  TERRY W. DAVIS, an individual; and DOES 1 through 10, inclusive, | |
| 17              Defendants. | |
| 18 | |

19
20

21          **IT IS HEREBY STIPULATED** by and between Plaintiff McAfee, Inc. and

22   Defendant Terry W. Davis as follows:

23              1.      The Counter-claim for Breach of Contract filed by Defendant Terry W.

24   Davis shall be dismissed with prejudice, with each party to bear own costs and attorney's fees.

25              2.      The parties agree to submit to the continuing and exclusive jurisdiction of

26   this Court  to adjudicate any disputes between them that arise out of relate in any way to the

27   interpretation or enforcement of their confidential settlement pursuant to California Code of Civil

28   Procedure 664.6.  In the event such a dispute arises, the dispute shall be submitted to the Court for

1  resolution by noticed motion pursuant to California Code of Civil Procedure 664.6. Any ruling or

2  decision rendered by the Court in connection with such a proceeding shall be converted by the

3  Court into a final judgment.

4                    **IT IS SO STIPULATED AND AGREED.**

5  Dated: May ____, 2008

6
                              _____
7                              By: Terry W. Davis, an individual

8  Dated: May 12, 2008        MCAFEE, INC., a Delaware corporation

9
                              By: *Stephen R. Thompkins*
10                             Its: *Vice President, Deputy General Counsel*

11

12     **APPROVED AS TO FORM:**

13
14  Dated: May ____, 2008        NOLAN, ARMSTRONG & BARTON LLP

15                             By:_____
16                                Thomas J. Nolan
                                  Attorneys for Defendant Terry W. Davis
17  Dated: May ____, 2008        BOURDETTE & PARTNERS

18
19                             By:_____
                                  Philip C. Bourdette
20                                Attorneys for Defendant Terry W. Davis

21  Dated: May ____, 2008        STEIN & LUBIN LLP

22                             By:_____
23                                Michael F. Donner
                                  Attorneys for Plaintiff McAfee, Inc.

24

25                        <u>**ORDER**</u>

26     **IT IS HEREBY ORDERED** that:

27           1.   The foregoing stipulation is approved in its entirety.

28           2.   The Counter-claim for Breach of Contract filed by Defendant Terry W.

554106/369594v1                        2                    Case No. 07-03529 JW

1    resolution by noticed motion pursuant to California Code of Civil Procedure 664.6. Any ruling or

2    decision rendered by the Court in connection with such a proceeding shall be converted by the

3    Court into a final judgment.

4                   **IT IS SO STIPULATED AND AGREED.**

5    Dated:  May __8__, 2008

6                                    _Terry Davis_

7                             By: Terry W. Davis, an individual

8    Dated:  May ____, 2008          MCAFEE, INC., a Delaware corporation

9

10                           By: _____

                              Its: _____

11

12       **APPROVED AS TO FORM:**

13

14    Dated:  May _12_, 2008          NOLAN, ARMSTRONG & BARTON LLP

15                           By: _____

16                             Thomas J. Nolan
                            Attorneys for Defendant Terry W. Davis

17    Dated:  May _7_, 2008          BOURDETTE & PARTNERS

18

19                           By: _____
                            Philip C. Bourdette

20                             Attorneys for Defendant Terry W. Davis

    Dated:  May _12_, 2008          STEIN & LUBIN LLP

21

22                           By: _____

23                             Michael F. Donner
                            Attorneys for Plaintiff McAfee, Inc.

24

25                             **ORDER**

26       **IT IS HEREBY ORDERED** that:

27          1.       The foregoing stipulation is approved in its entirety.

28          2.       The Counter-claim for Breach of Contract filed by Defendant Terry W.

1  Davis is hereby dismissed with prejudice, with each party to bear own costs and attorney's fees.

2      3.    The Court hereby retains continuing jurisdiction to adjudicate any disputes

3  between the parties that arise out of relate in any way to the interpretation or enforcement of their

4  confidential settlement pursuant to California Code of Civil Procedure 664.6.  In the event such a

5  dispute arises between the parties, the dispute shall be submitted to the Court for resolution by

6  noticed motion pursuant to California Code of Civil Procedure 664.6.  Any ruling or decision

7  rendered by the Court in connection with such a proceeding shall be converted by the Court into a

8  final judgment.

9      **IT IS SO ORDERED.**

10

11  Dated: _____          _____
                                        HONORABLE JAMES WARE
12                                      JUDGE OF THE U.S. DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE BY MAIL**

    I am a citizen of the United States and employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On May 13, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

                 **STIPULATION FOR ENTRY OF DISMISSAL AND
CONTINUATION OF COURT JURISDICTION; ORDER
THEREON**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Thomas J. Nolan | Phillip C. Bourdette |
| Nolan, Armstrong & Barton LLP | 2924 West Main Street |
| 600 University Avenue | Visalia, CA 93291 |
| Palo Alto, CA 94301 | |

    Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on May 13, 2008, at San Francisco, California.


                                  *Eyleen Nadolny*
                                    Eyleen Nadolny