

IT IS SO ORDERED
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| McAFEE, INC., a Delaware corporation f/k/a Network Associates, Inc., d/b/a Network Associates, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>TERRY W. DAVIS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 07-03529 JW<br><br>**JUDGMENT IN FAVOR OF PLAINTIFF MCAFEE, INC. AND AGAINST DEFENDANT TERRY W. DAVIS** |

Pursuant to the parties' Stipulation, judgment is hereby entered in the above-captioned action against Defendant Terry W. Davis and in favor of Plaintiff McAfee, Inc. in the amount of $328,000.

**IT IS HEREBY ORDERED ADJUDGED AND DECREED.**
The Clerk shall close the file.

Dated: May 20, 2008

_____
HONORABLE JAMES WARE
JUDGE OF THE U.S. DISTRICT COURT

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 13, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JUDGMENT IN FAVOR OF PLAINTIFF MCAFEE, INC.
AND AGAINST DEFENDANT TERRY W. DAVIS**

in a sealed envelope, postage fully paid, addressed as follows:

Thomas J. Nolan
Nolan, Armstrong & Barton LLP
600 University Avenue
Palo Alto, CA 94301

Phillip C. Bourdette
2924 West Main Street
Visalia, CA 93291

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 13, 2008, at San Francisco, California.

_____
Eyleen Nadolny